# EXHIBIT  D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | : |
| | :    Case No.  15-22832-RDD |
| | : |
| JANUZ HASANAJ, | :    Chapter 7 |
| | : |
| Debtor | : |

_____:

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: __Emigrant Savings Bank_____

**Property Address**: ____50 Cherry Street, Katonah, NY 10536_____

**Last Four Digits of Account Number of Loan**: 7380

**File Date of Loss Mitigation request**: 06/06/2015

**Date of Entry of Loss Mitigation Order**: 07/17/2015

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: _____ Yes    _X_ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

☐    Loan modification          ☐    Surrender of property

☐    Short sale                  X    No agreement has been reached

☐    Other: _____

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated:   White Plains, New York
        February 16, 2016

                               _/s/ Robert D. Drain_____
                               United States Bankruptcy Judge

LossMit, CLOSED

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
### Bankruptcy Petition #: 15-22832-rdd

|  |  |
|---|---|
| | *Date filed:* 06/12/2015 |
| *Assigned to:* Judge Robert D. Drain | *Date terminated:* 02/19/2016 |
| Chapter 7 | *Debtor discharged:* 02/16/2016 |
| Voluntary | *341 meeting:* 07/16/2015 |
| No asset | *Deadline for objecting to discharge:* 09/14/2015 |
| | *Deadline for financial mgmt. course:* 09/14/2015 |

*Debtor disposition:* Standard Discharge

**Debtor**
**Januz Hasanaj**
50 Cherry Street
Katonah, NY 10536
WESTCHESTER-NY
SSN / ITIN: xxx-xx-6641

represented by **Francis J. O'Reilly**
Francis J. O'Reilly, Esq.
10 McMahon Place
Mahopac, NY 10541
(845) 621-1255
Fax : (845) 621-1686
Email: foreilly@bestweb.net

**Trustee**
**Mark S. Tulis**
Tulis Wilkes Huff & Geiger LLP
220 White Plains Road
2nd Floor
Tarrytown, NY 10591
(914) 747-4400

**U.S. Trustee**
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 06/12/2015 | <u>1</u><br>(5 pgs) | Voluntary Petition (Chapter 7). Order for Relief Entered. Section 521(i) Incomplete Filing Date: 07/27/2015. Chapter 7 Statement of Current Monthly Income Form 22A-1 Due: 06/26/2015. Schedule A due 06/26/2015. Schedule B due 06/26/2015. Schedule C due 06/26/2015. Schedule D due |

| | | |
|---|---|---|
| | | 06/26/2015. Schedule E due 06/26/2015. Schedule F due 06/26/2015. Schedule G due 06/26/2015. Schedule H due 06/26/2015. Schedule I due 06/26/2015. Schedule J due 06/26/2015. Summary of schedules - Page 1 due 06/26/2015. Statement of Financial Affairs due 06/26/2015. Statement of Intention due 06/26/2015. Atty Disclosure State. due 06/26/2015. Incomplete Filings due by 06/26/2015, Filed by Francis J. O'Reilly of Francis J. O'Reilly, Esq. on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 06/12/2015) |
| 06/12/2015 | 2 (2 pgs) | Exhibit D Re: Credit Counseling Requirement, Stating Full Satisfaction of Requirement Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 06/12/2015) |
| 06/12/2015 | 3 (1 pg) | Certificate of Credit Counseling, Certificate Number [s]: 06531-NYS-CC-025699589 Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 06/12/2015) |
| 06/12/2015 | | Receipt of Voluntary Petition (Chapter 7)(15-22832) [misc,969] ( 335.00) Filing Fee. Receipt number 10751816. Fee amount 335.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 06/12/2015) |
| 06/12/2015 | 4 (2 pgs; 2 docs) | Loss Mitigation Request Pursuant to General Order M455 filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (Attachments: # 1 Affidavit of Service-Loss Mitigation Request by the Debtor)(O'Reilly, Francis) (Entered: 06/12/2015) |
| 06/12/2015 | | Deficiencies Set: Section 521(i) Incomplete Filing Date: 7/27/2015. Summary of schedules - Page 2 (Statistical Summary) due 6/26/2015. Debtor Signature re: Relief Availability due 6/26/2015. Incomplete Filings due by 6/26/2015. (Wright, Timothy) (Entered: 06/12/2015) |
| 06/15/2015 | | Pending Deadlines for Db. Sig. re: Relief Av. Terminated. (Vargas, Ana) (Entered: 06/15/2015) |
| 06/15/2015 | 5 (2 pgs; 2 docs) | Deficiency Notice. (Vargas, Ana) (Entered: 06/15/2015) |
| 06/15/2015 | 6 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 7/16/2015 at 09:30 AM at |

| | | |
|---|---|---|
| | | Room 243A, White Plains Courthouse. Financial Management Course Due: 9/14/2015. Last day to oppose the discharge of the debtor or to challenge dischargeability of certain debts is 9/14/2015. (Vargas, Ana) (Entered: 06/15/2015) |
| 06/17/2015 | <u>7</u><br>(3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # <u>6</u>) . Notice Date 06/17/2015. (Admin.) (Entered: 06/18/2015) |
| 06/17/2015 | <u>8</u><br>(2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # <u>5</u>) . Notice Date 06/17/2015. (Admin.) (Entered: 06/18/2015) |
| 06/25/2015 | <u>9</u><br>(3 pgs) | Amended Schedules filed:, Schedule D Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 06/25/2015) |
| 06/25/2015 | | Receipt of Amended Schedules(15-22832-rdd) [misc,schaja] ( 30.00) Filing Fee. Receipt number 10775051. Fee amount 30.00. (Re: Doc # <u>9</u>) (U.S. Treasury) (Entered: 06/25/2015) |
| 06/29/2015 | | Pending Deadline for Schedule D Terminated. (Vargas, Ana) (Entered: 06/29/2015) |
| 07/13/2015 | <u>10</u><br>(37 pgs) | Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J *as well as all other statements and schedules needed to coplete the filing. The means test to be filed separately.* Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 07/13/2015) |
| 07/13/2015 | <u>11</u><br>(13 pgs) | Chapter 7 Statement of Current Monthly Income - Form 22A-1 Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 07/13/2015) |
| 07/16/2015 | | Pending Deadlines for Schedules & statements Terminated. (Vargas, Ana) (Entered: 07/16/2015) |
| 07/17/2015 | <u>12</u><br>(4 pgs) | Order signed on 7/16/2015 Granting Loss Mitigation Request with Emigrant Bank with respect to 50 Cherry Street, Katonah, NY 10536; Loan Ending 7380. First Loss Mitigation Status Conference will be held on 10/6/2015 at 10:00 AM at Room 243A, |

| | | White Plains Courthouse (Related Doc # <u>4</u>) . (Vargas, Ana) (Entered: 07/17/2015) |
|---|---|---|
| 07/22/2015 | | Chapter 7 Trustee's Report of No Distribution: I, Mark S. Tulis, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 915300.00, Assets Exempt: $ 0.00, Claims Scheduled: $ 1609485.70, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 1609485.70. (Tulis, Mark) (Entered: 07/22/2015) |
| 08/17/2015 | <u>13</u><br>(1 pg) | Affidavit of Service *Affidavit of Service of Loss Mitigation Order* (related document(s)<u>12</u>) Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 08/17/2015) |
| 08/26/2015 | <u>14</u><br>(3 pgs; 2 docs) | Notice of Appearance filed by Mark R. Knuckles on behalf of Emigrant Savings Bank. (Attachments: # <u>1</u> Affidavit of Service)(Knuckles, Mark) (Entered: 08/26/2015) |
| 08/26/2015 | <u>15</u><br>(49 pgs; 2 docs) | Creditor Loss Mitigation Affidavit (related document (s)<u>4</u>) filed by Mark R. Knuckles on behalf of Emigrant Savings Bank. (Attachments: # <u>1</u> Affidavit of Service)(Knuckles, Mark) (Entered: 08/26/2015) |
| 08/31/2015 | <u>16</u><br>(2 pgs; 2 docs) | Notice of Requirement to Complete Course in Financial Management (Logue Togher, Claire). (Entered: 08/31/2015) |
| 09/02/2015 | <u>17</u><br>(2 pgs) | Certificate of Mailing Re: Notice of Requirement to Complete Course in Financial Management (related |

| | | |
|---|---|---|
| | | document(s) (Related Doc # 16)) . Notice Date 09/02/2015. (Admin.) (Entered: 09/03/2015) |
| 09/14/2015 | 18 (2 pgs) | Financial Management Course Certification (Official Form 23) Filed by Francis J. O'Reilly on behalf of Januz Hasanaj. (O'Reilly, Francis) (Entered: 09/14/2015) |
| 09/16/2015 | 19 (1 pg) | Personal Financial Management Course Certificate For Debtor Januz Hasanaj Provided By allen credit, 8884158173. (Entered: 09/16/2015) |
| 10/01/2015 | 20 (2 pgs) | Debtor Loss Mitigation Affidavit filed by Francis J. O'Reilly on behalf of Januz Hasanaj.(O'Reilly, Francis) (Entered: 10/01/2015) |
| 10/02/2015 | 21 (1 pg) | Status Report *re: Loss Mitigation* Filed by Allison J Marden on behalf of Emigrant Savings Bank. (Marden, Allison) (Entered: 10/02/2015) |
| 12/14/2015 | 22 (12 pgs) | Status Report *re: Loss Mitigation* Filed by Mark R. Knuckles on behalf of Emigrant Savings Bank. (Knuckles, Mark) (Entered: 12/14/2015) |
| 01/14/2016 | 23 (1 pg) | Order signed on 1/14/2016 Adjourning Loss Mitigation with Emigrant Savings Bank, c/o Knuckles, Komosinski & Elliott, LLP (Emigrant),with respect to 50 Cherry Street, Katonah, NY 10536; Loan Ending 7380. Loss Mitigation Status Conference will now be held on 2/11/2016 at 10:00 AM at Courtroom 118, White Plains Courthouse (related document(s)12). (Vargas, Ana) (Entered: 01/14/2016) |
| 02/16/2016 | 24 (1 pg) | Order signed on 2/16/2016 Terminating Loss Mitigation and Final Report regarding account number ending in 7380 with Emigrant Savings Bank with outcome: No Agreement Reached . (related document(s)4) (Vargas, Ana) (Entered: 02/16/2016) |
| 02/16/2016 | 25 (3 pgs; 2 docs) | Discharge of Debtor(s) and Order of Final Decree . (Vargas, Ana) (Entered: 02/16/2016) |
| 02/18/2016 | 26 (4 pgs) | Certificate of Mailing Re: Order of Discharge and Order of Final Decree (related document(s) (Related Doc # 25)) . Notice Date 02/18/2016. (Admin.) (Entered: 02/19/2016) |
| | | |

| 02/19/2016 | | Case Closed. (Vargas, Ana) (Entered: 02/19/2016) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/03/2016 18:21:00 | | | |
| **PACER Login:** | manfro0285:2581311:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 15-22832-rdd Fil or Ent: filed From: 4/19/2010 To: 5/3/2016 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |