Francis J. O'Reilly Esq.
1961 Route 6
Carmel, NY 10512

Invoice submitted to:
Januz Hasanaj
50 Cherry Street
Katonah, NY 10536

February 23, 2017

Invoice #20064
Hasanaj.ch11

    Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2016 | FC | Review August and September operating statements. Forward to Kathleen for filing<br>A104 Review/analyze | 0.40<br>350.00/hr | 140.00 |
| 4/11/2016 | FJO | Meet with client to discuss bankruptcy filing.<br>A106 Communicate (with client) | 0.40<br>350.00/hr | 140.00 |
| 4/12/2016 | FJO | Meet with Jeton to discuss case.<br>A106 Communicate (with client) | 0.20<br>350.00/hr | 70.00 |
| | FJO | Prepare application for retention as counsel.<br>A106 Communicate (with client) | 1.00<br>350.00/hr | NO CHARGE |
| 4/17/2016 | FJO | Prepare and file Hasanaj chapter 11 petition.<br>A101 Plan & Prepare for | 2.50<br>350.00/hr | 875.00 |
| 4/18/2016 | FJO | Telephone court to schedule the initial case conference. Spoke with Dorothy Li. Matter is set for June 10, 2016 at 10:00 a.m. in White Plains.<br>A107 Communicate (outside counsel) | 0.10<br>350.00/hr | 35.00 |
| | FJO | Telephone to US Trustee's office to schedule the initial debtor interview. Spoke with attendant, Richard Morrissey is assigned to the case. Left a recorded message for a return call.<br>A107 Communicate (outside counsel) | 0.10<br>350.00/hr | 35.00 |
| | FJO | Draft LB Rule 1007-2 statement.<br>A103 Draft/revise | 0.60<br>350.00/hr | 210.00 |

Januz Hasanaj                                                                                                                   Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2016 | FJO | Telephone with John Segreto of the US trustee's office to discuss case, Insurance and DIP account. Discussed email and setting up the initial debtor interview.<br>A107 Communicate (outside counsel) | 0.20<br>350.00/hr | 70.00 |
|  | FJO | Telephone with client to discuss case, Insurance and DIP account. Discussed insurance, mortgage payments, the DIP account and paying all personal bills through the personal account and not the business and setting up the initial debtor interview.<br>A106 Communicate (with client) | 0.20<br>350.00/hr | 70.00 |
|  | FJO | Draft revised chapter 11 order for case conference.<br>A103 Draft/revise | 0.20<br>350.00/hr | NO CHARGE |
|  | FJO | Draft correspondence to client explaining his duties under chapter 11.<br>A106 Communicate (with client) | 0.60<br>350.00/hr | 210.00 |
|  | FJO | Prepare and file loss mitigation request.<br>A103 Draft/revise | 0.60<br>350.00/hr | 210.00 |
| 4/20/2016 | FC | Review/analyze needed documents for loss mitigation<br>A104 Review/analyze | 0.90<br>350.00/hr | 315.00 |
| 4/21/2016 | FC | Review/analyze<br>A104 Review/analyze | 0.50<br>350.00/hr | 175.00 |
| 4/22/2016 | FJO | Meet with client and son to discuss payment of mortgage as well as insurance issues.<br>A106 Communicate (with client) | 0.40<br>350.00/hr | 140.00 |
|  | FJO | Email motion to be retained as counsel to Richard Morrissey, Esq. at the office of the US Trustee.<br>A107 Communicate (outside counsel) | 0.20<br>350.00/hr | 70.00 |
|  | FJO | Telephone concerning opening a DIP account with James Crecco at the Mt. Kisco office of TD Bank. Emailed the notice of filing.<br>A107 Communicate (outside counsel) | 0.30<br>350.00/hr | 105.00 |
| 4/23/2016 | FJO | Correspondence to Mr. Segreto transmitting petition, appraisal of residence, and insurance declarations pages for the residence and autos.<br>A107 Communicate (outside counsel) | 0.30<br>350.00/hr | 105.00 |
| 4/26/2016 | FJO | Review order approving retention as attorney.<br>A104 Review/analyze | 0.20<br>350.00/hr | 70.00 |
|  | FC | Research judgments at Westchester County Clerk as filed. Begin draft of 522 f.<br>A102 Research | 1.00<br>350.00/hr | 350.00 |

Januz Hasanaj                                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| ~~4/26/2016~~ | ~~FC~~ | ~~Research seven Review foreclosure - all documents filed~~<br>~~A102 Research~~ | ~~1.00~~<br>~~350.00/hr~~ | ~~350.00~~ |
| 5/2/2016 | FJO | Meet with client, review documents and execute motion to avoid judicial as well as US Trustee receipt for operating guidelines. Telephone to Mr. Jackson concerning the DIP account and gather insurance documents to forward to Mr. Segreto at UST's office.<br>A106 Communicate (with client) | 0.50<br>350.00/hr | 175.00 |
|  | FC | Resume drafting of motion to avoid judicial liens (522 f motion )- Draft debtor's omnibus motion, review appraisal and mortgage info. Draft memo of law, attorney declaration., Call Dorothy Li for pertinent data, draft notice of presentment<br>A103 Draft/revise | 3.10<br>350.00/hr | 1,085.00 |
| 5/3/2016 | FC | Revise and print final draft of motion. Draft proposed order. Give to K. Mallia for filing and service<br>A111 Other activities | 1.00<br>350.00/hr | 350.00 |
| 5/26/2016 | FJO | Initial debtor interview with client and Mr. Segreto.<br>A107 Communicate (outside counsel) | 0.40<br>350.00/hr | 140.00 |
|  | FJO | Prepare and send 2015 tax returns and DIP account check to Mr. Segreto.<br>A107 Communicate (outside counsel) | 0.40<br>350.00/hr | 140.00 |
| 8/2/2016 | FC | Review file-Telephone conference with Janus re: information I need for contract.  DIP account deposits, mortgage payments proof with overnight mail, etc.. - Inform client to be in court Thursday at 10:00 a.m.<br>A106 Communicate (with client) | 0.50<br>350.00/hr | 175.00 |
| 8/5/2016 | FC | Review monthly operating statements sent by accountant AH Tax Solutions - review operating guidelines and reporting requirements. Send correspondence to the accountant requesting amendments to operating statements<br>A104 Review/analyze | 1.30<br>350.00/hr | 455.00 |
| 8/9/2016 | FC | Draft notice of presentment, order and application in reference to motion to retain an accountant.  E-mail accountant for information to draft affirmation<br>Draft agreement | 1.00<br>350.00/hr | 350.00 |
| 8/11/2016 | FC | Review 522f file-review docket, prepare e-mail for Judge Drain<br>A104 Review/analyze | 0.30<br>350.00/hr | 105.00 |
| 8/12/2016 | FC | Review file-print docket report print loss mitigation order.  Prepare loss mitigation order- telephone court for date<br>A111 Other activities | 0.70<br>350.00/hr | 245.00 |

Januz Hasanaj                                                                                                           Page    4

|             |    |                                                                                                                                                                                                                           | Hrs/Rate        | Amount |
|-------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/12/2016   | FC | Telephone call with Jeton re: accountant- motion to approve accountant and non-response to e-mail re: same.<br>A106 Communicate (with client)                                                                                               | 0.20<br>350.00/hr | 70.00  |
| 8/16/2016   | FC | Second request from client for information necessary for motion to approve accountant-second request for revised operating statements e-mail to accountant.<br>A106 Communicate (with client)                                              | 0.30<br>350.00/hr | 105.00 |
|             | FC | Conference with Francis J. O'Reilly re: case<br>A105 Communicate (in firm)                                                                                                                                                                  | 0.20<br>350.00/hr | 70.00  |
| 8/17/2016   | FC | E-mail account All Tax Solutions to request documents for the third time.<br>A111 Other activities                                                                                                                                          | 0.10<br>350.00/hr | 35.00  |
| 8/19/2016   | FC | Review operating report-send e-mail to accountant- cite guidelines and explain procedure<br>A104 Review/analyze                                                                                                                             | 0.50<br>350.00/hr | 175.00 |
| 8/22/2016   | FC | Send e-mail to accountant for operating accounts.<br>A107 Communicate (outside counsel)                                                                                                                                                     | 0.20<br>350.00/hr | 70.00  |
| 8/24/2016   | FC | Review op status and account reconciliation  send e-mail to Kathleen<br>A104 Review/analyze                                                                                                                                                 | 0.30<br>350.00/hr | 105.00 |
| 8/31/2016   | FC | Draft affidavit of accountant in support of motion-complete proposed order- revise and complete application in support of motion.  e-mail affidavit AH tax solutions for review and signing with instruscions<br>Draft agreement            | 0.90<br>350.00/hr | 315.00 |
| 9/1/2016    | FC | Send e-mail to accountant- review e-mail from accountant.<br>A107 Communicate (outside counsel)                                                                                                                                             | 0.10<br>350.00/hr | 35.00  |
| 9/2/2016    | FC | Review executed affidavit of Auni Hajdormataj-conform and /s court copy<br>A104 Review/analyze                                                                                                                                              | 0.10<br>350.00/hr | 35.00  |
|             | FC | Complete application to employ accountant., Not ice of Presentment- Draft proposed order-  file on ECF- give to Kathleen for service<br>Draft agreement                                                                                     | 1.10<br>350.00/hr | 385.00 |
| 9/6/2016    | FC | Review e-mail from Stuart Kossar, Esq., send e-mail to client, Telephone call to Jeton re: contracts and contribution. from Jeton and brother  Stress that the contribution payments were to be paid from the beginning- instruct Jeton to pay August and September contribution now.<br>A106 Communicate (with client) | 0.30<br>350.00/hr | 105.00 |

Januz Hasanaj                                                                                                      Page    5

|            |     |                                                                                                                                                                                                                                                         | Hrs/Rate          | Amount |
|------------|-----|---------|---------|---------|
| 9/7/2016   | FC  | Review file, review 5228 order and affirmation of service- review ECF Draft e-mail to chambers attaching order for consideration<br>A104 Review/analyze                                                                                                  | 0.50<br>350.00/hr | 175.00 |
| 9/8/2016   | FC  | Review e-mail from Judge Drain, re-scan completer 522f motion Re-email order, affidavit of service and motion<br>A104 Review/analyze                                                                                                                    | 0.30<br>350.00/hr | 105.00 |
|            | FC  | Review July and August bank statements-further review proposed operating statements- print and scan all bank statements striking all account numbers, send correspondence to the accountant regarding amendment and request new operating reports - e-mail client twice<br>A111 Other activities | 1.00<br>350.00/hr | 350.00 |
|            | FC  | Review revised operating statement for 7/2016 sent by accountant- send e-mail to accountant<br>A104 Review/analyze                                                                                                                                      | 0.10<br>350.00/hr | 35.00  |
| 9/13/2016  | FC  | Review 522f order signed by Judge Drain.  conference with Kathleen for service instructions<br>A104 Review/analyze                                                                                                                                      | 0.10<br>350.00/hr | 35.00  |
|            | FC  | E-mail accountant re: operating statements- read response.<br>A107 Communicate (outside counsel)                                                                                                                                                         | 0.10<br>350.00/hr | 35.00  |
| 9/16/2016  | FJO | Review email approving retention order for accountant from Mr. Morrissey and respond as pages were missing.<br>A104 Review/analyze                                                                                                                       | 0.20<br>350.00/hr | 70.00  |
| 10/10/2016 | FC  | Conference with Jane.  Forward operating statements to Kathleen for filing<br>A105 Communicate (in firm)                                                                                                                                                 | 0.10<br>350.00/hr | 35.00  |
| 10/14/2016 | FC  | Review/analyze balance sheet and P&L  Give to Jane for submission<br>A104 Review/analyze                                                                                                                                                                 | 0.20<br>350.00/hr | 70.00  |
| 10/18/2016 | FC  | Review e-mail from Tony Padilla regarding contracts and status- reply to e-mail<br>A104 Review/analyze                                                                                                                                                   | 0.20<br>350.00/hr | 70.00  |
|            | FC  | Review file with Jane.  Dictate and review status letter.  Review RMA<br>A111 Other activities                                                                                                                                                           | 0.40<br>350.00/hr | 140.00 |
| 10/25/2016 | FJO | Meet with client and discuss case. Review RMA and related documents. Sign same. Discuss contracts that are needed for the modification.<br>A106 Communicate (with client)                                                                                | 0.20<br>350.00/hr | 70.00  |
| 11/11/2016 | FJO | Review change orders.-total change orders.  Conference with Jane Posner.  Instruct Jane Posner to send change orders to lender<br>A104 Review/analyze                                                                                                    | 0.40<br>350.00/hr | 140.00 |

Januz Hasanaj　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2016 | FC | Review/analyze letter of denial from Emigrant Mortgage.. Dictate and review letter to client.<br>A104 Review/analyze | 0.60<br>350.00/hr | 210.00 |
| 12/28/2016 | FJO | Met with client, reviewed rejection. Discussed alternate offer to bank. Email to appeal rejection of loss mitigation offer.<br>A106 Communicate (with client) | 1.00<br>350.00/hr | 350.00 |
| 1/23/2017 | FJO | Telephone with client to discuss foreclosure and chapter eleven case as well as future. he is looking to buy a house in Katonah and will give up his current residence.<br>A106 Communicate (with client) | 0.30<br>350.00/hr | 105.00 |
| 1/24/2017 | FJO | Court on loss mitigation status conference.<br>A109 Appear for/attend | 1.00<br>350.00/hr | 350.00 |
|  | FJO | Email with Richard Morrissey.<br>A107 Communicate (outside counsel) | 0.20<br>350.00/hr | 70.00 |
| 1/31/2017 | FC | Draft motion, Memorandum of Law and proposed order. Reviewed Draft agreement | 1.50<br>350.00/hr | 525.00 |

　　　　　Total charges covered by flat fee　　　　　　　　　　　　　　　　　　　　　　　　　　　$11,410.00
　　　　　For professional services rendered　　　　　　　　　　　　　　33.80　　　　　$11,410.00

Additional Charges :

| 4/12/2016 | Fee to file a chapter 11 case. | 1,717.00 |
| 4/26/2016 | print 309 pages @ .10 cents | 30.90 |
| 9/7/2016 | print 4 pages ECF | 0.40 |

　　　　　Total additional charges　　　　　　　　　　　　　　　　　　　　　　　　　　　　$1,748.30

　　　　　For professional services rendered　　　　　　　　　　　　　　33.80　　　　　$13,158.30

　　　　　Total amount of this bill　　　　　　　　　　　　　　　　　　　　　　　　　　　　$13,158.30

　　　　　Accounts receivable transactions

| 4/13/2016 | Payment - Thank You. Check No. 201 | ($6,967.00) |

　　　　　Total payments and adjustments　　　　　　　　　　　　　　　　　　　　　　　　($6,967.00)

Januz Hasanaj

Page 7

|  | Amount |
|---|---|
| Balance due | $6,191.30 |

− 350.⁰⁰

\# 5,841.30

Prof. Fees:   5,810.00
Expenses :      31.30
Total Due:  $ 5,841.30

# LOSS MITIGATION

Francis J. O'Reilly Esq.
1961 Route 6
Carmel, NY 10512

Invoice submitted to:
Januz Hasanaj
50 Cherry Street
Katonah, NY 10536

February 23, 2017

Invoice #20063
Hasanaj

### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2016 | FC | Telephone conference with son- requested all necessary documents for loss mitigation-review file.<br>A106 Communicate (with client) | 0.40<br>350.00/hr | 140.00 |
| | FC | Review objection to loss mitigation by Emigrant. Review documents, contract, check sent by client.<br>A104 Review/analyze | 0.50<br>350.00/hr | 175.00 |
| 8/4/2016 | FC | Plan & Prepare for loss mitigation hearing.<br>A101 Plan & Prepare for | 0.30<br>350.00/hr | 105.00 |
| | FC | Attend loss mitigation hearing.<br>A109 Appear for/attend | 0.80<br>350.00/hr | 280.00 |
| 8/16/2016 | FC | Review e-mail to Stuart Kosser, Esq. - review file and respond to e-mail.<br>A104 Review/analyze | 0.30<br>350.00/hr | 105.00 |
| | FC | Conference with Jane regarding submission.<br>A105 Communicate (in firm) | 0.10<br>350.00/hr | 35.00 |
| | FC | Conference with Francis J. O'Reilly re: loss mitigation.<br>A105 Communicate (in firm) | 0.10<br>350.00/hr | 35.00 |
| 8/18/2016 | FC | Telephone call with Dorothy of Bankruptcy Court-obtain loss mitigation date-complete order e-mail to chambers.<br>A107 Communicate (outside counsel) | 0.20<br>350.00/hr | 70.00 |
| 8/26/2016 | JP | Prepare letter requesting docs.<br>A111 Other activities | 0.20<br>175.00/hr | 35.00 |

Januz Hasanaj                                                                                                                Page    2

|            |    |                                                                                                                                                                                                                                           | Hrs/Rate          | Amount |
|------------|----|---|---|---|
| 8/26/2016  | FC | Review docket-print loss mitigation order. Give to Kathleen for service.<br>A104 Review/analyze                                                                                                                                                        | 0.10<br>350.00/hr | 35.00  |
| 9/2/2016   | FC | Review e-mail from Stuart Kossar, Esq. , review file and loss mitigation order- reply to e-mail, conference with Jane.<br>A104 Review/analyze                                                                                                          | 0.50<br>350.00/hr | 175.00 |
| 9/13/2016  | FC | Review e-mail from Stuart Kossar, Esq and respond.<br>A104 Review/analyze                                                                                                                                                                              | 0.10<br>350.00/hr | 35.00  |
| 9/30/2016  | JP | Review creditor loss mitigation affidavit. Review file to see what documents are still needed. Prepare letter requesting documents to client via e-mail.<br>A104 Review/analyze                                                                        | 0.80<br>175.00/hr | 140.00 |
| 10/4/2016  | JP | Review two e-mails with attachments. Review attachments and save to file.<br>A104 Review/analyze                                                                                                                                                       | 0.20<br>175.00/hr | 35.00  |
| 10/11/2016 | JP | Phone call with client and voice message to Jeton re: P&L.<br>A106 Communicate (with client)                                                                                                                                                           | 0.20<br>175.00/hr | 35.00  |
| 10/14/2016 | JP | Check to see what documents are stale. Print documents. Prepare e-mail to client. Prepare RMA- Calculate wages, P&L , expenses, Prepare document for input. Input data to RMA , 4506 form, prepare 3rd party authorization, review and revise RMA.<br>A111 Other activities | 2.30<br>175.00/hr | 402.50 |
| 10/18/2016 | JP | Prepare status letter and file to ECF.<br>Draft agreement                                                                                                                                                                                              | 0.30<br>175.00/hr | 52.50  |
| 10/19/2016 | JP | Collate documents to submit RMA.<br>A110 Manage data/files                                                                                                                                                                                             | 0.40<br>175.00/hr | 70.00  |
| 10/20/2016 | FC | Review RMA and file with Jane. Confirm ratios and figures.<br>A104 Review/analyze                                                                                                                                                                      | 0.30<br>350.00/hr | 105.00 |
| 10/21/2016 | JP | Debtor loss mitigation preparation.<br>A110 Manage data/files                                                                                                                                                                                          | 5.00<br>175.00/hr | 875.00 |
| 10/26/2016 | JP | Revise Debtor's affidavit. Collate RMA and prepare cover letter.<br>A103 Draft/revise                                                                                                                                                                  | 0.50<br>175.00/hr | 87.50  |
|            | JP | Scan documents. Prepare and attach documents. Prepare e-mail letter and submit letter to lender's counsel. File Debtor's Affidavit to ECF.<br>A110 Manage data/files                                                                                   | 0.60<br>175.00/hr | 105.00 |
| 11/4/2016  | FC | Review e-mail from lender. Conference with Jane Posner. Telephone call with Januz. E-mail back and forth. Review contracts.<br>A111 Other activities                                                                                                   | 0.30<br>350.00/hr | 105.00 |

Januz Hasanaj                                                                                                    Page      3

|            |    |                                                                                                                                                                                           | Hrs/Rate        | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 11/4/2016  | FC | Review/analyze executed contracts. Send executed contracts to lender.<br>A104 Review/analyze                                                                                                              | 0.20<br>350.00/hr | 70.00 |
| 11/10/2016 | JP | Review/analyze supplemental creditor's affidavit. Determine documents needed.<br>A104 Review/analyze                                                                                                        | 0.30<br>175.00/hr | 52.50 |
| 11/11/2016 | JP | Prepare e-mail to client re: necessary documents.<br>A106 Communicate (with client)                                                                                                                         | 0.30<br>175.00/hr | 52.50 |
|            | FC | Review/analyze new creditor loss mitigation affidavit, print and discuss with Jane Posner.<br>A104 Review/analyze                                                                                          | 0.20<br>350.00/hr | 70.00 |
| 11/14/2016 | JP | Re-review loss mitigation request for documents. Send e-mail to Frank Corigliano regarding contribution letter. Phone call with Jeton regarding requested documents.<br>A106 Communicate (with client) | 0.30<br>175.00/hr | 52.50 |
|            | JP | Prepare 4506T form for J&H Contracting and contribution letter.<br>Draft agreement                                                                                                                          | 0.20<br>175.00/hr | 35.00 |
| 11/15/2016 | JP | Prepare e-mail to client, attach documents for signature and instruct how to sign.<br>A106 Communicate (with client)                                                                                        | 0.20<br>175.00/hr | 35.00 |
| 11/16/2016 | JP | E-mail back and forth to Jeton regarding affidavit sent by Knuckles firm, send text to Frank.<br>A106 Communicate (with client)                                                                             | 0.20<br>175.00/hr | 35.00 |
|            | JP | E-mail to Knuckles firm regarding inappropriate communication, e-mail to Jeton explaining the inappropriate communication from lender's counsel.<br>A111 Other activities                                   | 0.20<br>175.00/hr | 35.00 |
|            | JP | Review client's e-mail with multiple attachments. Print, save and review attachments.<br>A104 Review/analyze                                                                                                | 0.50<br>175.00/hr | 87.50 |
| 11/17/2016 | JP | Telephone conversation with Jeton regarding documents and receipt of documents from the bank.<br>A106 Communicate (with client)                                                                             | 0.10<br>175.00/hr | 17.50 |
| 11/18/2016 | JP | Read e-mail from Frank J. Corigliano, Esq., forward information to Francis J. O'Reilly, call Jeton.<br>A111 Other activities                                                                                | 0.20<br>175.00/hr | 35.00 |
| 11/22/2016 | JP | E-mail with attachments regarding satisfaction of creditor's request.<br>A107 Communicate (other external)                                                                                                  | 0.10<br>175.00/hr | 17.50 |
| 11/23/2016 | JP | Prepare debtor's loss mitigation affidavit.<br>Draft agreement                                                                                                                                              | 0.30<br>175.00/hr | 52.50 |

Januz Hasanaj                                                                                              Page    4

|            |    |                                                                                                                                                              | Hrs/Rate         | Amount      |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 11/23/2016 | JP | Collate documents, scan, prepare cover letter and e-mail to lender's counsel. File Debtor's loss mitigation affidavit to ECF.<br>A111 Other activities       | 0.50<br>175.00/hr | 87.50       |
| 11/25/2016 | FC | Conference with Jane Posner regarding supplemental submission and Mrs. Hasanaj's contribution and bank statements.<br>A105 Communicate (in firm)             | 0.20<br>350.00/hr | 70.00       |
| 12/15/2016 | FC | Review/analyze order rescheduling conference.<br>A104 Review/analyze                                                                                         | 0.10<br>350.00/hr | 35.00       |
| 1/31/2017  | FC | Review docket/ Draft order terminating loss mitigation final report. Send to Judge Drain via e-mail.<br>Draft agreement                                      | 0.50<br>350.00/hr | 175.00      |

|                                      |        |            |
|--------------------------------------|--------|------------|
| For professional services rendered   | 19.10  | $4,252.50  |

Additional Charges:

|           |                                   |           |
|-----------|-----------------------------------|-----------|
| 8/4/2016  | Mileage to White Plains Court.    | 46.00     |
|           | ~~Travel time~~                   | ~~437.50~~|
| 8/12/2016 | Print loss mitigation order.      | 1.00      |

|                                      |        |            |
|--------------------------------------|--------|------------|
| Total additional charges             |        | $484.50    |
| For professional services rendered   | 19.10  | $4,737.00  |
| Total amount of this bill            |        | $4,737.00  |
| Balance due                          |        | $4,737.00  |
|                                      |        | − 437.50   |

*BAL:  $ 4,299.50*

*Prof. Fees:     $ 4,252.50*
*Expenses:           47.00*
*Total Due:      $ 4,299.50*